# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2014

_____

| | | |
|---|---|---|
| Ollie Williams, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Jackie Walker, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| James Vitale; Timothy N. Davis, | * | Appeal from the United States |
| | * | District Court for the |
| Plaintiffs, | * | Eastern District of Missouri. |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Gary B. Kempker; Dora B. Schriro; | * | |
| I. Grimes; Bonita Morrow; Gene | * | |
| Stubblefield; Cameron Daniels; Joe | * | |
| Sampson; Joe Carter; Mark Cain; | * | |
| Michael Blandford, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 27, 2007
Filed: January 10, 2008

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Missouri Department of Corrections (MDOC) prisoner Jackie Walker appeals the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action. Following careful review, we agree with the district court that MDOC's urinalysis policy, which provided for random drug testing of the offender population, as well as targeted testing of offenders who met certain criteria, was not unconstitutional. *See Louis v. Dep't of Corr. Servs.*, 437 F.3d 697, 699-701 (8th Cir.), *cert. denied*, 127 S. Ct. 355 (2006); *Spence v. Farrier*, 807 F.2d 753, 754-56 (8th Cir. 1986). We also conclude that the district court did not abuse its discretion in denying Walker's motion for a new trial, *see Buchholz v. Rockwell Int'l Corp.*, 120 F.3d 146, 148 (8th Cir. 1997) (standard of review; new trial is required only when necessary to avoid miscarriage of justice), and that Walker's transfer away from the Missouri Eastern Correctional Center mooted his request for injunctive relief, *see Smith v. Hundley*, 190 F.3d 852, 855 (8th Cir. 1999).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.